UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CR. NO. 1:23-CR- 176 |
| | : | |
| v. | : | (Judge RAMBO ) |
| | : | |
| **ALFREDO SANDOVAL-MADRIGAL,** | : | |
| Defendant. | : | |

## INDICTMENT

THE GRAND JURY CHARGES:

**FILED**
**HARRISBURG, PA**
JUN 28 2023
PER ___JBC___
DEPUTY CLERK

**COUNT 1**
8 U.S.C. § 1326
(Illegal Reentry)

On or about June 12, 2023, in Fredericksburg, Lebanon County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**ALFREDO SANDOVAL-MADRIGAL,**

an alien, was found in the United States after having been removed from the United States pursuant to law on or about June 1, 2018, through San Ysidro, California, without first having obtained permission to re-enter the United States as required by law.

All in violation of Title 8, United States Code, Section 1326(a) and Title 6, United States Code, Sections 202(3) and (4) and 557.

A TRUE BILL

FOREPERSON

GERARD M. KARAM
United States Attorney

DAVID C. WILLIAMS
Assistant United States Attorney

6/28/2023
Date

2