AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:23-CR-176 - SHR |
| | ) | |
| ALFREDO SANDOVAL-MADRIGAL | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Alfredo Sandoval-Madrigal ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Illegal Reentry

REC'D USMS M/PA HBG
'23 JUN 28 13:00

Date: 06/28/2023

s/Stephanie Hench
*Issuing officer's signature*

City and state: Harrisburg, PA

Stephanie Hench, deputy clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* 8/17/2023
at *(city and state)* Fredericksburg, PA .

Date: 8/17/2023

FILED
HARRISBURG, PA
AUG 22 2023
PER ____ SH ____
DEPUTY CLERK

*Arresting officer's signature*

Gary Leathery
*Printed name and title*