FILED
HARRISBURG, PA
FEB 08 2024
PER ___JSL___
DEPUTY CLERK

To: The Honorable Judge Sylvia H Rambo, middle district of Pennsylvania

From: Alfredo Sandoval-Madrigal, Defendant

RE: NO: 1:23-CR-00176        date: January 31st 2024

Your Honor,

I came across the (enclosed/attached document) upon returning from your court room (I had court on January 30th 2023) whereas you sentence me to (9) nine months imprisonment, I just need clarification, does my time start from the date given in this indictment or, does this honorable court have a different date than the one listed in this document?

Could this court provide me with when my prison sentence began and, the date that my prison sentence will end?

Thank you for your time
respectfully submitted
Alfredo Sandoval Madrigal

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. NO. 1:23-CR-176 |
| v. | (Judge RAMBO) |
| ALFREDO SANDOVAL-MADRIGAL, Defendant. | |

## INDICTMENT

THE GRAND JURY CHARGES:

**FILED**
**HARRISBURG, PA**
JUN 28 2023
PER ___TBL___
DEPUTY CLERK

**COUNT 1**
8 U.S.C. § 1326
(Illegal Reentry)

On or about June 12, 2023, in Fredericksburg, Lebanon County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**ALFREDO SANDOVAL-MADRIGAL,**

an alien, was found in the United States after having been removed from the United States pursuant to law on or about June 1, 2018, through San Ysidro, California, without first having obtained permission to re-enter the United States as required by law.

All in violation of Title 8, United States Code, Section 1326(a) and Title 6, United States Code, Sections 202(3) and (4) and 557.

A TRUE BILL

GERARD M. KARAM
United States Attorney

FOREPERSON

DAVID C. WILLIAMS
Assistant United States Attorney

Date

NAME: Alfredo Sandoval-Madrigal
D.C.P.# 052324
DAUPHIN COUNTY PRISON
501 MALL ROAD
HARRISBURG PA 17111-1299

HARRISBURG PA 171
5 FEB 2024 PM 1 L



RECEIVED
HARRISBURG, PA
FEB 08 2024
PER ___JBL___
DEPUTY CLERK

The Honorable Judge
Sylvia H. Rambo
Middle District of Pennsylvania
Sylvia H. Rambo, U.S. Courthouse
1501 N 6th St
Harrisburg P.A. 17102

17102-110999